COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



§

Juan Alvarez Gottwald and Axiom, S.A. De C.V.,     §     No. 08-16-00046-CV

    §     Appeal from the

Appellants,     §     388th District Court

v.     §     of El Paso County, Texas

Rosa Delgado Dominguez de Cano, Lucio Mario Cano Barraza, Mario Sergio Delgado Dominguez, Blanca Delgado de Urquidi, Jesus Ignacio Delgado Dominguez and Patricia Alvares Ozuna     §     (TC# 2013DCM2366)

    §

    §

Appellees.

## O R D E R

The Court GRANTS the Appellees' Rosa Delgado Dominguez de Cano, Lucio Mario Cano Barraza, Mario Sergio Delgado Dominguez, Blanca Delgado de Urquidi, Jesus Ignacio Delgado Dominguez and Patricia Alvares Ozuna third motion for extension of time within which to file the brief until **January 8, 2017.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE BRIEF OF APPELEES' WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. John P. Mobbs, the attorney for Appellees' Rosa Delgado Dominguez de Cano, Lucio Mario Cano Barraza, Mario Sergio Delgado Dominguez, Blanca Delgado de Urquidi, Jesus Ignacio Delgado Dominguez and Patricia Alvares Ozuna forward the same to this Court on or before January 8, 2017.

IT IS SO ORDERED this 22nd day of November, 2016.

PER CURIAM

Before McClure, C.J., Rodriguez and Hughes, JJ.